## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-16668 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | DURACKA, THOMAS R., JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DURACKA, MICHELLE R. | | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | 13-7560882 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/09/08 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/07 | {9} | Thomas & Michell Duracka | Tax refund | 1224-000 | 8,945.00 | | 8,945.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.31 | | 8,945.31 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.93 | | 8,950.24 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.93 | | 8,955.17 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.62 | | 8,959.79 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.10 | | 8,964.89 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.94 | | 8,969.83 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.47 | | 8,974.30 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.27 | | 8,979.57 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.67 | | 8,984.24 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.57 | | 8,988.81 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.11 | | 8,992.92 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.84 | | 8,994.76 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.67 | | 8,996.43 |
| | | **ACCOUNT TOTALS** | | | **8,996.43** | **0.00** | **$8,996.43** |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **8,996.43** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$8,996.43** | **$0.00** | |

Exhibit C

{} Asset reference(s)

Printed: 04/09/2008 03:12 PM   V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 06-16668 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** DURACKA, THOMAS R., JR. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| DURACKA, MICHELLE R. | **Account:** \*\*\*-\*\*\*\*\*72-66 - Checking Account |
| **Taxpayer ID #:** 13-7560882 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/09/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/09/2008 03:12 PM   V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case Number: | 06-16668 BL |
| Case Name: | DURACKA, THOMAS R., JR. |
| | DURACKA, MICHELLE R. |
| Taxpayer ID #: | 13-7560882 |
| Period Ending: | 04/09/08 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****72-67 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****72-65 | 8,996.43 | 0.00 | 8,996.43 |
| Checking # ***-*****72-66 | 0.00 | 0.00 | 0.00 |
| MMA # ***-*****72-67 | 0.00 | 0.00 | 0.00 |
| | $8,996.43 | $0.00 | $8,996.43 |

{} Asset reference(s)

Printed: 04/09/2008 03:12 PM　V.10.03