**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| DURACKA, THOMAS R., JR.<br>& DURACKA, MICHELLE R., | CASE NO. 06-16668 BL |
| | JUDGE Bruce W. Black (Joliet) |
| Debtors. | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtors, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  U.S. BANKRUPTCY COURT
   Will County Court Annex Building
   57 North Ottawa Street
   Room 201
   Joliet, Illinois 60432

   on: **May 16, 2008**
   at: **9:15 a.m**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         8,988.81

   b. Disbursements                         $             0.00

   c. Net Cash Available for Distribution   $         8,988.81

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $1,648.88 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $85,651.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 8.57%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 1,752.41 | $ 150.17 |
| 2 | Recovery Management Systems Corporation | $ 426.38 | $ 36.54 |
| 3 | Recovery Management Systems Corporation | $ 834.86 | $ 71.54 |
| 4 | Chase Bank USA, N.A. | $ 18,790.26 | $ 1,610.24 |
| 5 | Chase Bank USA, N.A. | $ 1,997.19 | $ 171.15 |
| 6 | Sallie Mae | $ 53,923.40 | $ 4,620.98 |
| 7 | Roundup Funding, LLC | $ 987.69 | $ 84.64 |
| 8 | Roundup Funding, LLC | $ 6,939.38 | $ 594.67 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **April 18, 2008**               For the Court,

By **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   MICHAEL G. BERLAND
Address:   One NORTH LASALLE STREET
           Suite 1775
           CHICAGO, IL  60602
Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-16668    Doc 29    Filed 04/18/08    Entered 04/20/08 23:36:57    Desc Imaged
                        Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1           Date Rcvd: Apr 18, 2008
Case: 06-16668                Form ID: pdf002            Total Served: 30

The following entities were served by first class mail on Apr 20, 2008.
db           +Thomas R. Duracka, Jr.,    206 Congress Drive,    New Lenox, IL 60451-3171
jdb          +Michelle R. Duracka,    206 Congress Drive,    New Lenox, IL 60451-3171
aty          +Chester H. Foster, Jr.,    Foster, Kallen & Smith,    3825 W 192nd St,    Homewood, IL 60430-4314
tr           +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
11064321     +Associated Anesthesiologists Joliet,    333 N. Madison Street,    Joliet, IL 60435-8200
11064322      Bank Financial,    40 Orland Square Drive,    Orland Park, IL 60462
11064323      Bank of America,    PO Box 650260,    Dallas, TX 75265-0260
11064324     +Card Service International,    PO Box 17548,    Denver, CO 80217-0548
11064325      Chase Bank USA,    PO Box 15922,    Wilmington, DE 19850-5922
11224761     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11064326     +Chase Card Services,    PO Box 15153,    Att: Bankruptcy,    Wilmington, DE 19850-5153
11064327      Chase Cardmember Service,    PO Box 94011,    Palatine, IL 60094-4011
11064328     +Citicards,    PO Box 6000,    The Lakes, NV 89163-0001
11064329     +Family Chiropractic Health,    6787 W. 159th Street,    Suite C,    Tinley Park, IL 60477-4977
11064330     +Household Bank(SB) NA (Darvin Furniture),    C/O Bass & Associates PC,
               3936 E Ft Lowell Rd Ste 200,    Tucson, AZ 85712-1083
11064331     +JC Penney,    PO Box 960001,    Orlando, FL 32896-0001
11064332      MBNA America,    PO Box 15137,    Wilmington, DE 19886-5137
11064333      Palos Anesthesia Associates, SC,    PO Box 239D,    Park Ridge, IL 60068-8018
11064334     +Palos Pathology Associates, Ltd.,    520 E. 22nd St.,    Lombard, IL 60148-6110
11214125     +Recovery Management Systems Corporation,    For GE Money Bank,    dba Wal-Mart Consumer,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11214128     +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11064335      Sallie Mae,    PO Box 4700,    Wilkes Barre, PA 18773-4700
11231329     +Sallie Mae,    c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre,PA 18706-1496
11064336      Sears Gold Mastercard,    PO Box 183082,    Columbus, OH 43218-3082
11064337      Sovereign Bank,    PO Box 16255,    Reading, PA 19612-6255
11064338      Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
11314733     +Target National Bank,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
               Seattle, WA 98121-2339
11064339      Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
11064340     +Washington Mutual,    PO Box 9001123,    Louisville, KY 40290-1123

The following entities were served by electronic transmission on Apr 19, 2008.
11064331     +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2008 03:05:21     JC Penney,    PO Box 960001,
               Orlando, FL 32896-0001
11610188      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Apr 19 2008 04:02:01     ROUNDUP FUNDING, LLC,
               MS 550,    PO BOX 91121,    SEATTLE, WA 98111-9221
11214125     +E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2008 03:07:13
               Recovery Management Systems Corporation,    For GE Money Bank,    dba Wal-Mart Consumer,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11214128     +E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2008 03:07:18
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11064339      E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2008 03:05:27     Walmart,    PO Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11610220*     ROUNDUP FUNDING, LLC,    MS 550,    PO BOX 91121,    SEATTLE, WA 98111-9221
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2008**                    **Signature:**    *Joseph Speetjens*